**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Gulf Coast Brake & Motor, Inc., Michael Nagata, Jack Van Vleit and James (Pat) Edgar v. MHWirth, Inc.

Appellate case number:    01-21-00492-CV

Trial court case number:    2021-14261

Trial court:              157th District Court of Harris County

Appellants, Gulf Coast Brake & Motor, Inc., Michael Nagata, Jack Van Vleit, and James (Pat) Edgar filed this interlocutory appeal challenging the trial court's denial of the appellants' motions to abate the underlying trial court proceeding and denial of Nagata's and Edgar's special appearances. On December 6, 2021, appellants jointly filed an appellants' brief. On January 26, 2022, appellee MHWirth, Inc. filed its appellee's brief.

On July 15, 2022, appellant Gulf Coast Brake & Motor, Inc. ("Gulf Coast") filed a "Suggestion of Bankruptcy and Notice of Automatic Stay," notifying this Court that on July 14, 2022, Gulf Coast filed a bankruptcy case under Chapter 11 of the United States Bankruptcy Code in the United States District Court for the Western District of Louisiana, Lafayette Division. On July 26, 2022, the Court abated this appeal pending resolution of Gulf Coast's bankruptcy proceedings. *See* TEX. R. APP. P. 8.2.

Generally, a bankruptcy "stay only operates against the debtor, and does not operate against non-debtors or even co-debtors, co-tortfeasors, or co-defendants." *See In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 604 (Tex. 2000); *see also Chahedeh v. Jacinto Med. Grp., P.A.*, 519 S.W.3d 242, 247–48 (Tex. App.—Houston [1st Dist.] 2017) (concluding that claims against non-bankrupt guarantor may proceed where claims against debtor were subject to automatic stay). To this end, Texas Rule of Appellate Procedure 8.3, titled "Motion to Reinstate or Sever Appeal Suspended by Bankruptcy," allows a party to "move to sever [an] appeal with respect to the bankrupt party and to reinstate the appeal with respect" to any non-bankrupt parties. *See* TEX. R. APP. P. 8.3(b). On August 9, 2022, appellee filed a "Motion to Sever and Reinstate Appeal." In its motion, appellee argues that severance and reinstatement is appropriate as to appellants Nagata, Van Vleit, and Edgar, because they have not filed for bankruptcy protection, and appellees claims against

them in the underlying trial court proceeding "are severable from those against Gulf Coast." *See* TEX. R. APP. P. 8.3(b).

Appellee's motion incudes a certificate of conference stating that appellee attempted to confer with counsel for appellants, but that at the time the motion was filed, counsel for appellants had "not stated whether [a]ppellants [were] opposed" to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed and appellants have not filed a response to appellee's motion. *See* TEX. R. APP. P. 10.3(a).

Appellee's motion to reinstate and sever appellant Gulf Coast Brake & Motor, Inc. is **granted**. We lift the stay imposed by our July 26, 2022 order and **reinstate** the case on the Court's active docket. The Clerk of this Court is directed to re-style this appeal as *Michael Nagata, Jack Van Vleit, and James (Pat) Edgar v. MHWirth, Inc.* Because briefing was completed in this appellate case number prior to the bankruptcy stay, the Clerk of this Court is further directed to set this case "at-issue." The parties will be notified when the case is submitted for consideration by the Court.

The Clerk of this Court is further directed to create a new appellate case number, to be styled *Gulf Coast Brake & Motor, Inc. v. MHWirth, Inc.*, and shall note in the severed case number that the clerk's record and reporter's record filed in case number 01-21-00492-CV shall serve as the clerk's record and reporter's record in the newly created severed case number. The newly created severed case number is **abated** pursuant to the July 15, 2022, "Suggestion of Bankruptcy and Notice of Automatic Stay," filed by Gulf Coast.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
        ☑ Acting individually    ☐ Acting for the Court

Date: \_\_\_September 8, 2022\_\_\_\_